# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3194
_____

BRYAN F. ICE,

　　Appellant,

　　v.

CITY OF LAKELAND, and CORVEL
CORPORATION,

　　Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident: February 12, 2020; August 7, 2020; February 8,
2021.

July 2, 2026

PER CURIAM.

　　AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Bradley G. Smith and Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Appellant.

Thomas P. Vecchio of VCFJ Law, Lakeland, for Appellees.